**Charlie Benson BOWEN,**
**Petitioner-Appellee,**

v.

**Ralph KEMP, Warden Georgia Diagnostic and Classification Center,**
**Respondent-Appellant.**

**No. 84–8327.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 28, 1987.

Susan V. Boleyn, William B. Hill, Jr., Asst. Attys. Gen., Atlanta, Ga., for respondent-appellant.

Paul H. Kehir, Snellville, Ga. (Court-appointed), for petitioner-appellee.

Before RONEY, Chief Judge, GODBOLD, TJOLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK and EDMONDSON, Circuit Judges.

## ON SUA SPONTE RECONSIDERATION

BY THE COURT:

On the Court's own motion, a majority of the judges in active service having voted in favor of rehearing this appeal en banc,

IT IS ORDERED that the mandate issued on July 11, 1986, is RECALLED and that this case shall be heard by this court

sitting en banc, *with* oral argument on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs.

The previous panel's opinion and the order entered on December 2, 1985, denying rehearing and rehearing en banc are VACATED.